

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-10-051-CV

JOSEPH C. CAMPBELL                                          APPELLANT

V.

TOHNNI JONES                                              APPELLEE

----------

## FROM COUNTY COURT AT LAW OF WISE COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Motion By Appellant To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MCCOY, LIVINGSTON, and MEIER, JJ.

DELIVERED: March 25, 2010

---

[1] *See* Tex. R. App. P. 47.4.